IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| JESSE L. STULTZ, JR., | ) | Case No. 4:09CV00014 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | By: Jackson L. Kiser |
| | ) | Senior United States District Judge |
| Defendant. | ) | |

Before me is the *Report and Recommendation* of the United States Magistrate

Judge recommending that this case be remanded to the Commissioner for further

proceedings. This *Report* was filed on January 5, 2010, from which the parties had ten

(10) days to file objections. No objections were filed. Accordingly, it is this day

**ADJUDGED** and **ORDERED** that the *Report and Recommendation* shall be, and hereby

is, **ADOPTED** in its entirety. The decision of the Commissioner in this case is

**REVERSED**, the Plaintiff's Motion for Summary Judgment is **GRANTED**, and the case

is **REMANDED** to the Commissioner for further proceedings consistent with the *Report*.

The clerk is hereby directed to dismiss this case from the docket.

The Clerk is directed to send a copy of this *Order* to counsel as well as to

Magistrate Judge Crigler.

ENTERED this 25th day of January, 2010.

s/Jackson L. Kiser
Senior United States District Judge